RECEIVED
FEB 01 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# UNITED STATES DISTRICT COURT

for the

Southern District of IOWA

CENTRAL Division

Case No. ______________ (to be filled in by the Clerk's Office)

MARLIN SANTANA THOMAS

Plaintiff(s) / Petitioner

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v- United States of America, Fmr-AUSA Virginia Bruner, FmrUSA Mark Krickbaum, USA Kyle J. ESSLEY, AUSA Amy L. Jennings, Federal Investigator Brady Carney

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff, hereafter named the Petitioner:

MARLIN SANTANA THOMAS
Polk County ID # 75091
BOP ID # 18505-030

Polk County Jail
1985 NE 51st PLACE,
DES MOINES, IA 50313

B. THE DEFENDANTS: (All of the DEFENDANTS ARE BEING SUED IN BOTH THIER INDIVIDUAL AND OFFICIAL COMPACITIES):

(1) United States of America
123 E. Walnut Street
Des moines, IA 50309

main office: (FEDERAL Governmen
2201 C street NW
Washington, DC 20520

(2) VIRGINIA BAUNER
FMR. Assistant United States Attorney
United States Attorney's OFFICE
110 E. COURT Ave. Ste 286
Des moines, IA 50309

(3) AMY L. Jennings
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
110 E. COURT AVE. Ste286
DES moines, IA 50309

(4) MARK KRICKBAUM
FMR. United States Attorney
UNITED STATES Attorney'S OFFICE
110 E. COURT Ave. Ste. 286
DES MOINES, IA 50309

(5) KYLE J. ESSLEY
UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
110 E. COURT Ave. Ste. 286
DES MOINES, IA 50309

(6) BRADY CARNEY
FEDERAL INVESTIGATOR
DES MOINES POLICE DEPARTMENT
25 East 1ST STREET
DES MOINES, IA 50309

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

NA

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

NA

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

NA

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? (a) Amendment XIV Right Guaranteed: Privleges and Immunities of citizenship, due process, equal protection (b) Amendment V Provisions concerning DUE Process of law and just compensation clauses, and (c) Amendment VIII Bail - Punishment

This [illegible]

The United States of America, hereafter named the "Government", and each of the DEFENDANTS mentioned in this motion, are liable for damages, and just compensation to MARLIN SANTANA THOMAS, hereafter named the "Petitioner". They worked together, in tandem, under color of state and federal law, and also in their individual compacities, in failing not to violate the Petitioners' 5th, and 8th, and 14th amendment rights, when they breached the Petitioner's plea agreement's 'No Further Prosecution' clause in 4:18-cr-0051, hereafter named the 2018 drug case; and when it failed to not damage and impair the Petitioner's reputation, which caused a tremendous amount of personal humiliation, shame, along with mental anguish, pain and suffering; And when they each failed to not use cruel and unusual punishment, by charging, indicting, and prosecuting the Petitioner, in regards to 17 counts of infamous sex trafficking and related offenses (4:20-cr-0018), hereafter "the 2020 case" <u>begining on August 12, 2020</u>, (see attached docket sheet); and when it failed to not prosecute and ultimately sentence the Petitioner to 6 concurrent life sentences for alleged crimes that he otherwise would not have faced, had the Government, and each of the DEFENDANTS stuck to its promise not to charge the Petitioner. The 8th Circuit Court of Appeals ultimately vacated the Petitioner's 6 concurrent life sentences and his conviction and the Petitioner was released from federal prison over 2½ years after this nightmare began. He was released on March 31, 2023. (United States v. Thomas, 58 F. 4th 964)

III Prisoner Status:

The Petitioner is currently a Polk County Jail Inmate, on a Federal supervised release violation, awaiting a revokation hearing in regards to the 2018 drug case.

Facts of the case:

In United States v. Thomas, 58 F. 4th 964, The 8th Circuit Court of Appeals concluded that "the undismissed counts were squarely barred by the plea agreement's broad 'No Further Prosecution clause'." The Court stated that, "the prejudice is clear. Thomas pleaded guilty in 2018 to one drug offense in exchange for the Government dismissing the remaining drug offenses and promising not to bring further charges arising from or directly relating to the investigation. The Government reneged on that promise by pursuing the sex trafficking prosecution, which relied on facts, that were part of and arose out of the 2018 investigation. As a result, Thomas faced charges he would have not otherwise have faced had the Government stuck to it's bargain. His 2021 guilty plea therefore was premised on a nullity." It then commented, "The public also has an interest in safety from criminal behavior and in the prosecution of crimes. But that does NOT outweigh Constitutional DUE PROCESS interests and the Government's breach of the plea agreement violated Thomas's due process rights." The Court said, "Specific performance is warranted and requires that we reverse the District court's denial of the motion to dismiss the indictment and vacate Thomas's conviction."

The 8th Circuit Court of Appeals concluded with, "We do not take lightly vacating a conviction and concurrent life sentences on such henious offenses. Yet it is our duty to hold the Government to the bargain it made. Thus for the forgoing reasons, we reverse the District Courts denial of Thomas's motion to dismiss the indictment with respect to the undismissed fourteen counts and vacate his sentence."

Individually and in their official compacity, each of the formentioned Defendants recklessly violated the Petioner's Constitutional Rights while representing the Government

#1 The United States of America violated the Petitioner's rights as metioned above. Begining on August 12, 2020, the Government reneged on it's promise of 'No Further Prosecution by breaching the Petitioner's 2018 plea agreement, and charged him with 17 counts of sex trafficking crimes and drug related offenses. The Petitioner was sentenced to 6 concurrent life sentences, which's a product of the Government's cruel and unusual punishment. This was not harmless error.

#2 Fmr. USA MARK Krickbaum and USA Kyle ESSLEY worked together with Fmr AUSA VIRGINIA BAUNER, and AUSA AMY JENNINGS to carry out the Government's motive and objective to illegally charge the Petitioner in the 2020 case, intentionally violating the Petitioner's Constitutional rights.

A) AUSA AMY JENNINGS and USA Kyle Essley undisputedly violated the Petitioner's Constitutional Rights, when it breached the Petitioner's 2018 plea agreement, and are currently trying to prosecute the Petitioner again in reference to the same 2018 drug case for alleged Supervised Release violations. This is adding "insult to injury!" The Petitioner asserts that he is being unfairly prejudiced against, and targeted again, and he fails to understand how AMY JENNINGS or Kyle Essley are being allowed to represent the USA in any present or future proceedings, in regards to the 2018 drug case. This is cruel, and very unusual punishment!

#3) Federal Investigator Brady Carney of the Des moines Police Department (DMPD) worked in tandem with the Government and each of the defendants forementioned, to illegally prosecute, indict, and charge the Petitioner with 17 counts of sex trafficking crimes and related offenses in the Petitioner's 2020 case. In United States v. Thomas, 58 F. 4th 964, Brady Carney actually had the audacity to assert, "We have been working on tracking down people who we knew he was involved with.... We fully anticipate to prosecute him in federal court.... So as soon as he, his drug case rolls over or he is about done, we are going to drop this on him so he does'nt have an opportunity to get out..."

• Each of the defendants acted with malice and ill intent to deprive the Petitioner of his civil rights, when they collectively breached the Petitioner's 2018 plea agreement and proceeded to illegally charge and prosecute him in the 2020 case, begining August 12, 2020. Again the 8th Circuit Court of Appeals ruled, "the prejudice is clear"... "The Government reneged on that promise"... "and his 2021 guilty plea was premised on a nullity"...

• The U.S. Supreme Court in SCHEUER v. RHODES 416 U.S. 232, 94 S.C.T. 1683, 1687 (1974), stated, "When a state officer acts under a state law in a manner violative of the federal Constitution, he comes in conflict with the Superior Authority of that Constitution. And he is in that case stripped of his official or representative character and is subjected to in his person to the consequences of his individual conduct. The state has no power to impart to him any immunity from responsibility to the Supreme Authority of the United States."

The Petitioner asserts that when the Defendants violated the Petitioner's Constitutional rights, they each came in conflict with the Superior Authority of our Constitution. Each of the defendants acted outside of their official compacity, by disregardin the civil rights of the Petitioner, when it illegally charged, indicted, and prosecuted him for 17 counts of alleged sex trafficking related crimes and offenses.

In this particular case, the Petitioner asserts that the defendants be stripped of their official compacity, and be subjected to, in his or her person to the consequences of his or her conduct. The defendants are not entitled to immunity from responsibility to the United States. The end result of the Defendant's conduct was the Petitioner being sentenced to 6 concurrent life sentences! This was far from harmless error!

Injuries and Relief Sought:

The Petitioner asserts that all of the proceedings in the 2020 case were premised on a nullity, and are not just voidable, but simply VOID, and form NO BAR to recovery sought.

The recovery sought due to the Petitioner's 5th, and 8th, and 14th amendment rights being violated is $17,000,000. That's $1,000,000 for each of the 17 counts of sex trafficking related crimes and offenses that the Petitioner had to face since August 12, 2020, and for the wrongful incarceration the Petitioner was forced to endure thru March 31, 2023, and also losing his only brother to cancer. The Petitioner has been separated from his biological children, while having his name and character defamed due the Defendant's illegal prosecution are only a few of the reasons that the Petitioner settled on the $17,000,000 amount.

The emotional stress, the pain from having the Petitioner's reputation damaged, along with the personal humiliation that comes with being charged and prosecuted for these infamous, henious offenses is uncomprendable! No amount of money will be able to fix, heal, or repair the damage done to the Petitioner. He now battles with extreme PTSD, and the Petitioner has lost at least $50,000 per year in lost wages as a skilled laborer, but asserts that his earning power is at least twice that much, had he not been illegally, and wrongfully incarcerated. Defamation of the Petitioner's reputation and character is substantial. A mere google search of the Petitioner's name, and all of the henious details of the Defendant's illegal prosecution popup. The Petitioner asserts that he would not still be experiencing this ongoing personal humiliation, cruel and unusual punishment, along with mental anguish, pain and suffering, had the Government not reneged on it's promise not to charge or Further Prosecute him.

Friends and Family relationships have been strained, or completely severed, precious time has been lost, and it's a losing battle trying to rebuild the Petitioner's reputation, and name that the Defendants conspired to tear apart. The Petitioner has asserted for years that his Constitutional Rights were violated. Please honor the Petitioner's request, and award him the $17,000,000 he seeks in just compensation from the defendants.

- Previous Lawsuits:

To the best of my Knowledge I havenot had a case dismissed because of the "three strikes rule."

- I do not have any other lawsuits in state or federal court dealing with the same facts involved in this action

- I have filed other lawsuits in federal court relating to the conditions of my imprisonment.

1. Parties to the lawsuit:
   Plaintiff: Marlin Santana Thomas

   Defendant(s): VIRGINIA BRUNER, HELEN ADAMS, ANDREW GRAEVE, and MARK KRICKBALM

   No. 4:21-cv-00291-RP-SHL THOMAS v. BRUNER

Judge Robert Pratt assigned to case, decided on October 7, 2021
Case was dismissed.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 28, 2024

Signature of Plaintiff: Marli Santana Thomas

Printed Name of Plaintiff: MARLIN SANTANA THOMAS

Prison Identification #: Polk County ID#75091, BOP#18505-030

Prison Address: 1985 NE 51st PLACE

Des moines (City) IA (State) 50313 (Zip Code)

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address

| | | |
|---|---|---|
| | | STIPULATED DISCOVERY AND PROTECTIVE ORDER as to Marlin Santana Thomas. Signed by Chief Magistrate Judge Helen C. Adams on 9/4/2020. (k) (Entered: 09/04/2020) |
| 09/04/2020 | 22 | PROPOSED Stipulated Discovery and Protective Order by USA as to Marlin Santana Thomas. (Bruner, Virginia) (Entered: 09/04/2020) |
| 09/03/2020 | 21 | NOTICE OF ATTORNEY APPEARANCE: FPD Andrew James Graeve appearing for Marlin Santana Thomas (Graeve, Andrew) (Entered: 09/03/2020) |
| 09/03/2020 | 20 | Bail/Bond Report (Sealed) as to Marlin Santana Thomas. (Davidson, Priscilla) (Entered: 09/03/2020) |
| 09/02/2020 | 19 | ORDER OF DETENTION PENDING TRIAL and granting 18 Motion for Detention as to Marlin Santana Thomas (1). Signed by Chief Magistrate Judge Helen C. Adams on 9/2/2020. (mel) (Entered: 09/02/2020) |
| 09/02/2020 | 18 | ORAL MOTION for Detention by USA as to Marlin Santana Thomas. (mel) (Entered: 09/02/2020) |
| 09/02/2020 | 17 | TEXT ORDER SETTING TRIAL as to Marlin Santana Thomas: Jury Trial set for 10/26/2020 at 09:00 AM in Des Moines - Room 265 - 2nd Floor before Chief Judge John A. Jarvey. Discovery Deadline 9/11/2020. Reciprocal Discovery due by 9/21/2020. Pretrial Motion Deadline 10/5/2020. Plea Entry due by 10/13/2020. Signed by Chief Magistrate Judge Helen C. Adams on 9/2/2020. (mel) (Entered: 09/02/2020) |
| 09/02/2020 | 16 | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Arraignment as to Marlin Santana Thomas (1) Count 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, 13s, 14s, 15s, 16s, and 17s held on 9/2/2020. (Court Reporter FTR Gold.) (mel) (Entered: 09/02/2020) |
| 09/02/2020 | 15 | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Initial Appearance as to Defendant Marlin Santana Thomas held on 9/2/2020. Attorney Melanie S. Keiper for defendant. (Court Reporter FTR Gold.) (mel) (Entered: 09/02/2020) |
| 09/01/2020 | 13 | TEXT ORDER as to Marlin Santana Thomas. Initial Appearance and Arraignment RESET for 9/2/2020 at 02:20 PM in Des Moines - Room 265 - 2nd Floor - Video Proceeding before Chief Magistrate Judge Helen C. Adams. Defendant will appear via video from the Polk County Jail. Signed by Chief Magistrate Judge Helen C. Adams on 9/1/2020. (k) (Entered: 09/01/2020) |
| 09/01/2020 | | Arrest of Marlin Santana Thomas. (kmp) (Entered: 09/01/2020) |
| 08/12/2020 | 10 | TEXT Minute Entry for proceedings held before Magistrate Judge Celeste F. Bremer: Grand Jury Presentment as to Marlin Santana Thomas held on 8/12/2020. Secret. Warrant to be issued. Government requested detention. AUSA present Jason T. Griess. CRD: mel. Time in Court 11:55 a.m. - 11:58 a.m. (kmp) (Entered: 08/12/2020) |
|  08/12/2020 | 9 | REDACTED SUPERSEDING INDICTMENT by USA as to Marlin Santana Thomas. (kmp) Modified on 8/28/2020 to modify docket text(pll). (Entered: 08/12/2020) |

| | | |
|---|---|---|
| | | MOTION to Dismiss is now due 11/16/2020. Signed by Chief Judge John A. Jarvey on 10/13/2020. (mem) (Entered: 10/13/2020) |
| 10/12/2020 | 34 | MOTION for Extension *to Respond to Defense Motion* by USA as to Marlin Santana Thomas. Motions referred to Helen C. Adams. Responses due by 10/19/2020. (Jennings, Amy) (Entered: 10/12/2020) |
| 10/09/2020 | 33 | ORDER CONTINUING TRIAL and granting 32 Motion to Continue Trial as to Marlin Santana Thomas (1). Jury Trial set for 3/1/2021 at 09:00 AM in Des Moines - Room 265 - 2nd Floor before Chief Judge John A. Jarvey. Pretrial Motion Deadline 12/18/2020. Plea Entry Deadline 1/29/2021. Signed by Chief Magistrate Judge Helen C. Adams on 10/9/2020. (k) Modified on 10/9/2020 to correct typographical error regarding plea entry deadline (k). (Entered: 10/09/2020) |
| 10/09/2020 | 32 | Unresisted MOTION to Continue Trial as to Marlin Santana Thomas. (Graeve, Andrew) (Entered: 10/09/2020) |
| 10/07/2020 | 31 | CJA 23 Financial Affidavit as to Marlin Santana Thomas. (Graeve, Andrew) (Entered: 10/07/2020) |
| 10/05/2020 | 30 | SEALED MOTION TO DISMISS. (Attachments: # 1 Brief in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U) (Graeve, Andrew) Modified and regenerated on 10/16/2020 to correct event from Sealed Document to Sealed Motion to Dismiss. (dmh) (Entered: 10/05/2020) |
| 10/05/2020 | 29 | TEXT ORDER granting 28 Motion for Leave to File under Seal as to Marlin Santana Thomas. Defendant may file the motion and supporting brief and exhibits as sealed documents. Signed by Chief Magistrate Judge Helen C. Adams on 10/5/2020. (bam) (Entered: 10/05/2020) |
| 10/02/2020 | 28 | MOTION for Leave to File under Seal as to Marlin Santana Thomas. Motions referred to Helen C. Adams. (Graeve, Andrew) (Entered: 10/02/2020) |
| 09/14/2020 | 27 | LETTER from Marlin Santana Thomas to Andrew Graeve, Public Defender, as to Marlin Santana Thomas document request. (mrc) (Entered: 09/14/2020) |
| 09/10/2020 | 26 | ORDER GRANTING MOTION TO EXCLUDE TIME FOR SPEEDY TRIAL PURPOSES 24 as to Marlin Santana Thomas (1). Signed by Chief Magistrate Judge Helen C. Adams on 9/10/2020. (Attachments: # 1 Supplement, # 2 Supplement) (k) (Entered: 09/10/2020) |
| 09/08/2020 | 25 | NOTICE *Rule 7(b)* as to Marlin Santana Thomas (Bruner, Virginia) (Entered: 09/08/2020) |
| 09/08/2020 | 24 | First MOTION to Exclude Time for Speedy Trial Purposes by USA as to Marlin Santana Thomas. Motions referred to Helen C. Adams. Responses due by 9/15/2020. (Bruner, Virginia) (Entered: 09/08/2020) |
| 09/04/2020 | 23 | |

Between 9-15-20 and 10-1-20 I sent the Court a letter for Mr. Graeve about rights being violated

Marlin Santana Thomas #75091
Polk County Jail
1985 NE 51st Place
Des Moines, IA 50313-2517
BoP#18505-030

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 50309 $ 000.88⁰
02 7W
0008027039 JAN. 30. 2024

U.S. District Court
123 East Walnut Street
Des Moines, IA 50309

X-RAYED & CLEARED BY U.S.M.S.

503092035 C101